**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 15-7073

DANIEL L. HALL, SR.,

Petitioner - Appellant,

v.

MARVIN PLUMLEY; JOHN MURPHY; JIM RUBENSTEIN; BRYAN LANHAM,
Acting Associate Warden of Security; MICHAEL SMITH, Unit
Manager; JOSEPH WOLFE, Chaplain; DIANA R. MILLER, Associate
Warden of Programs,

Respondents - Appellees.

Appeal from the United States District Court for the Northern
District of West Virginia, at Wheeling.   Frederick P. Stamp,
Jr., Senior District Judge.   (5:15-cv-00051-FPS-RWT)

Submitted:  October 20, 2015          Decided:  October 23, 2015

Before MOTZ, KEENAN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Daniel Lee Hall, Sr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daniel Lee Hall, Sr., appeals the district court's order accepting the recommendation of the magistrate judge and denying Hall's petition for writ of mandamus. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Hall v. Plumley</u>, No. 5:15-cv-00051-FPS-RWT (N.D.W. Va. June 29, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>